**STATE of Maine**

v.

**Stephen GREEN.**

Supreme Judicial Court of Maine.

Argued Nov. 4, 1982.

Decided Nov. 29, 1982.

David M. Cox, Dist. Atty., Gary F. Thorne, Asst. Dist. Atty., (orally), Bangor, for plaintiff.

Ferris, Dearborn & Willey, Joseph L. Ferris (orally), Brewer, for defendant.

Before McKUSICK, C.J., and GODFREY, NICHOLS, ROBERTS, CARTER and VIOLETTE, JJ.

**MEMORANDUM OF DECISION**

■ Stephen Green appeals from his conviction on two counts of Burglary (Class C), 17–A M.R.S.A. § 401, following a jury trial in Superior Court, Penobscot County. Green claims that the presiding justice's refusal to permit testimony attacking the reputation for truthfulness of a State's witness, on the grounds that the proferred evidence was too remote, was an abuse of discretion requiring a reversal of his convictions.

■ It is a basic rule that the balancing of the probative value of evidence against its unfairly prejudicial effect rests within the sound discretion of the presiding justice. M.R.Evid. 403; *State v. Lagasse,* 410 A.2d 537, 541 (Me.1980). The record on appeal fails to convince us that the presiding justice's ruling constituted an abuse of discretion.

The entry is:

Judgment affirmed.

All concurring.